## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MILTON GERSTENECKER, on behalf of himself and all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | )     **CAUSE NO. 07-CV-164-WDS** ) |
| **TERMINIX INTERNATIONAL, INC., and THE SERVICEMASTER COMPANY,** | ) ) ) |
| **Defendants** | ) |

### O R D E R

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: March 5, 2007.**

                                     **s/ WILLIAM D. STIEHL**
                                         **DISTRICT JUDGE**

Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Case No. 07-164-MJR.